UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN WATERBURY,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>TRIANGLE CONSTRUCTION, INC.,<br><br>　　　　　　　　　　Defendant. | Case No.: 16-CV-1946 JLS (DHB)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>(ECF No. 11) |

Presently before the Court is the parties' Joint Motion for Dismissal. (ECF No. 11.) Good cause appearing, the Court **GRANTS** the parties' Joint Motion and **DISMISSES WITH PREJUDICE** the above-captioned action. As stipulated by the parties, the case is subject to Magistrate Judge David H. Bartick's continuing jurisdiction until March 2018, with each party to bear its own attorneys' fees and costs. This Order concludes the litigation in this matter. The Clerk of the Court **SHALL** close the file.

**IT IS SO ORDERED.**

Dated: December 8, 2016

　　　　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　　　United States District Judge